

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| EX PARTE: | § | No. 08-22-00186-CR |
|  | § | Appeal from the |
| BRANDON BERRY, | § | 409th Judicial District Court |
| Appellant. | § | of El Paso County, Texas |
|  | § | (TC# 20150D02564) |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction. We therefore dismiss the appeal for want of jurisdiction. We further order this decision be certified below for observance.

IT IS SO ORDERED THIS 19TH DAY OF OCTOBER, 2022.

JEFF ALLEY, Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.